# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1763429 | J. SANDERS | 4P1689 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 07/20/25 2025 | 41 CFR 102-74-385 |

Place of Offense: 4310 S MACADAM AV. PORTLAND, OR 97239

Offense Description: Factual Basis for Charge    HAZMAT ☐

FAILING TO COMPLY WITH LAWFUL DIRECTIONS OF FEDERAL POLICE OFFICER AND OTHER AUTHORIZED INDIVIDUALS

### DEFENDANT INFORMATION

Last Name: LAMONT
First Name: TAYTON
MI: R

Street Address: [redacted]

Tag No: [redacted] State: NH MakerModel: [redacted] PASS ☐ Color: [redacted]

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1000 SW 3RD AV. PORTLAND, OR 97204
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1763429*

CVB SCAN 08/06/2025 13:46

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHMENT

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/20/2025
Date (mm/dd/yyyy)    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/06/2025 13:46