SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NICOLE HERMANN, OSB #126353**
Assistant United States Attorney
Nicole.Hermann@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:25-po-00515 |
| v. | Citation No. E1763429 – OR 45 |
| TAYTON R. LAMONT, | GOVERNMENT'S MOTION TO DISMISS |
| Defendant. | |

The United States of America, by Scott E. Bradford, United States Attorney for the District of Oregon, and Nicole Hermann Assistant United States Attorney, hereby moves this Court for an order pursuant to Rule 48(a) Fed. R. Crim. P. dismissing the above-referenced matter with prejudice.

Dated: December 18, 2025

    Respectfully submitted,

    SCOTT E. BRADFORD
    United States Attorney

    */s/ Nicole Hermann*
    NICOLE HERMANN, OSB # 126353
    Assistant United States Attorney