**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 3:25-po-00515** |
| **v.** | **Citation No. E1763429 – OR 45** |
| **TAYTON R. LAMONT,** | **ORDER TO DISMISS** |
| **Defendant.** | |

The Court, being fully advised in the premises:

IT IS HEREBY ORDERED that citation E1763429 – OR 45, be dismissed with prejudice.

Dated: December 18, 2025.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Nicole Hermann*
NICOLE HERMANN, OSB # 126353
Assistant United States Attorney